AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hornby, D.Brock | District of Maine | 04/28/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (senior status) | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

United States District Court
156 Federal Street
Portland, ME 04101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council Member | The American Law Institute |
| 2. | Power-of-Attorney | Family Member #1 |
| 3. | Executive Committee Member | Federal Judges Association (ending April, 2015) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | self-employed in management consulting, software development and rental property |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University School of Law | 03/11-13/2015 | Malibu, CA | Judicial Clerkship Institute | paid travel, lodging and meal expenses |
| 2. | New York University School of Law | 09/10-11/2015 | New York, NY | Conference on State and Future of Civil Jury Trials | paid travel, lodging and meal expenses |
| 3. | The American Law Institute | 10/14-16/2015 | New York, NY | Council Meeting | paid travel, lodging and meal expenses |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/28/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Interest | J | T | | | | | |
| 2. Ally Bank accounts | A | Interest | M | T | | | | | |
| 3. Synchrony Bank | B | Interest | M | T | | | | | |
| 4. CIT Bank | C | Interest | M | T | | | | | |
| 5. Everbank | A | Interest | L | T | Open | 05/01/15 | K | | |
| 6. U.S. Savings Bonds | | None | L | T | | | | | |
| 7. Maine State Turnpike Auth'y bonds | C | Interest | L | T | Redeemed (part) | 07/01/15 | K | | |
| 8. Maine Health & Higher Edu. Facs. Auth'y bonds | C | Interest | N | T | Redeemed (part) | 08/17/15 | J | | |
| 9. | | | | | Buy (add'l) | 08/20/15 | K | | |
| 10. Puerto Rico Public Finance Corp. bond | A | Interest | | | Sold | 08/05/15 | K | B | |
| 11. Bangor ME bonds | B | Interest | K | T | | | | | |
| 12. Scarborough ME bond | B | Interest | | | Redeemed | 11/02/15 | K | | |
| 13. Portland ME Airport bonds | B | Interest | L | T | | | | | |
| 14. Puerto Rico Public Buildings Auth'y bond | B | Interest | J | T | | | | | |
| 15. Commonwealth of Puerto Rico bonds | D | Interest | M | T | | | | | |
| 16. Univ. of Maine System bonds | B | Interest | L | T | Redeemed (part) | 03/02/15 | J | A | |
| 17. | | | | | Buy (add'l) | 03/19/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Puerto Rico Elec. Power Auth'y bonds | B | Interest | K | T | | | | | |
| 19. Puerto Rico Aqueduct & Sewer Auth'y bonds | B | Interest | K | T | | | | | |
| 20. Lewiston, ME public improvement bond | A | Interest | K | T | | | | | |
| 21. ME Gov't Facilities Auth'y bond | B | Interest | K | T | Redeemed (part) | 08/17/15 | J | | |
| 22. Virgin Islands Public Fin. Auth'y bond | B | Interest | K | T | | | | | |
| 23. South Portland, ME bond | A | Interest | K | T | | | | | |
| 24. Falmouth, ME bond | A | Interest | K | T | | | | | |
| 25. Maryland Health & Educ. bond | B | Interest | K | T | | | | | |
| 26. Allen County Hospital Facilities bond | A | Interest | K | T | Buy | 08/24/15 | K | | |
| 27. Washington State Health Care bond | | None | K | T | Buy | 08/24/15 | K | | |
| 28. RBC Wealth Mgt money mkt acct | A | Interest | K | T | | | | | |
| 29. T. Rowe Price Mutual Int'l Stock Funds | A | Dividend | K | T | | | | | |
| 30. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 31. -Cash Management Account | A | Interest | K | T | | | | | |
| 32. -com stk General Electric Co. | A | Dividend | K | T | | | | | |
| 33. -ADR Diageo PLC new | B | Dividend | K | T | | | | | |
| 34. -Vanguard Group Mutual Funds | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ---Balanced Index Fund | A | Dividend | K | T | | | | | |
| 36. ---Value Index Fund | B | Dividend | L | T | | | | | |
| 37. ---Inflation Protected Security Inv | A | Dividend | J | T | | | | | |
| 38. ---Strategic Equity Fund | B | Dividend | K | T | | | | | |
| 39. ---Developed Mkts Index Fund fka Tax Mgt Int'l Fund | A | Dividend | J | T | | | | | |
| 40. -Alpine Funds | | | | | | | | | |
| 41. ---Dynamic Dividend | B | Dividend | K | T | | | | | |
| 42. ---International Real Estate | B | Dividend | K | T | | | | | |
| 43. ---Alpine Found. Fund merged into Alpine Rising Div. Fund | B | Dividend | K | T | | | | | |
| 44. -Bridgeway Ultra-Small Company Mkt Fund | C | Dividend | K | T | | | | | |
| 45. -Matthews Asian Funds | | | | | | | | | |
| 46. ---Asia Growth Investor | | None | K | T | | | | | |
| 47. ----India | A | Dividend | L | T | | | | | |
| 48. -The Fairholme Fund | E | Dividend | L | T | | | | | |
| 49. -com stk Illinois Tool Works | A | Dividend | K | T | | | | | |
| 50. -iShares MSCI Mexico Capped ETF | A | Dividend | K | T | | | | | |
| 51. Vanguard Account | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Money Mkt Fund | A | Dividend | J | T | | | | | |
| 53. -Vanguard Precious Metals & Mining Fund | A | Dividend | J | T | Buy (add'l) | 06/09/15 | J | | |
| 54. -Vanguard Sm Cap Growth Fund (+ monthly | A | Dividend | K | T | Buy (add'l) | 04/28/15 | J | | |
| 55. automatic purchases) | | | | | Buy (add'l) | 06/01/15 | J | | |
| 56. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 57. -Vanguard Hi Yld Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 58. -Vanguard Developing Mkts Index Fund | A | Dividend | J | T | Buy | 04/06/15 | J | | |
| 59. -Vanguard Europe Stock Index Fund | A | Dividend | K | T | Buy | 06/01/15 | J | | |
| 60. | | | | | Buy (add'l) | 06/26/15 | J | | |
| 61. -Vanguard Extended Mkt Index Fund (+ monthly | A | Dividend | K | T | Buy | 06/01/15 | J | | |
| 62. automatic purchases) | | | | | Buy (add'l) | 10/05/15 | J | | |
| 63. -Vanguard Total Stock Mkt Index Fund (+ monthly | A | Dividend | K | T | Buy | 06/09/15 | J | | |
| 64. automatic purchases) | | | | | Buy (add'l) | 06/16/15 | J | | |
| 65. | | | | | Buy (add'l) | 07/06/15 | J | | |
| 66. | | | | | Buy (add'l) | 09/09/15 | J | | |
| 67. | | | | | Buy (add'l) | 10/05/15 | J | | |
| 68. IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Cash Management Acct | A | Interest | J | T | | | | | |
| 70. -com stk Intel Corp. | A | Dividend | K | T | | | | | |
| 71. -com stk Starbucks Corp. | A | Dividend | L | T | | | | | |
| 72. -com stk Popular, Inc. | A | Dividend | J | T | | | | | |
| 73. -Washington REIT | A | Dividend | K | T | | | | | |
| 74. -ETF I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 75. -mutual Fairholme Fund | A | Dividend | K | T | | | | | |
| 76. -American Campus Communities REIT | A | Dividend | K | T | | | | | |
| 77. -com stk Grupo Televisa | A | Dividend | K | T | | | | | |
| 78. -Turkish Investment Fund | A | Dividend | J | T | | | | | |
| 79. -Prudent Bear Fund | | None | J | T | | | | | |
| 80. -com stk Peabody Energy Corp. | A | Dividend | J | T | | | | | |
| 81. -T. Rowe Price Emerging Europe Fund | A | Dividend | J | T | | | | | |
| 82. -Matthews Korea Fund | A | Dividend | J | T | | | | | |
| 83. -com stk Amazon.com | | None | L | T | | | | | |
| 84. -Wisdom Tree Large Cap Div Fund | B | Dividend | L | T | | | | | |
| 85. -Facebook Inc. | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard S&P Index Fund | A | Dividend | K | T | | | | | |
| 87. -Vanguard Europe Index Fund | A | Dividend | K | T | Buy | 06/02/15 | K | | |
| 88. IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 89. -Cash Management Acct | A | Interest | J | T | | | | | |
| 90. -com stk Powershares QQQ | A | Dividend | K | T | | | | | |
| 91. -com stk Immunogen Inc. | | None | J | T | | | | | |
| 92. -U.S. Global Investors Eastern Europe (mutual) | A | Dividend | J | T | | | | | |
| 93. -Vanguard REIT Vipers | A | Dividend | J | T | | | | | |
| 94. -com stk Coca Cola | A | Dividend | J | T | | | | | |
| 95. -Vanguard Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 96. -Value Line Fund Inc. | | None | L | T | | | | | |
| 97. -Prudent Bear Fund | | None | J | T | | | | | |
| 98. -Fidelity Nordic Countries Fund | A | Dividend | J | T | | | | | |
| 99. -I Shares MSCI Japan | A | Dividend | J | T | | | | | |
| 100. -T. Rowe Price Africa & Middle East Fund | A | Dividend | J | T | | | | | |
| 101. -I shares TR S&P Global Infrastructure Index Fund | A | Dividend | J | T | | | | | |
| 102. -Vanguard FTSE All-World ex-US ETF | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Janus Triton Fund | B | Dividend | K | T | | | | | |
| 104. -Parnassus Core Equity Fund fka Parnassus Equity Income Fund | B | Dividend | K | T | | | | | |
| 105. -Vanguard Consumer Staples Fund | A | Dividend | K | T | | | | | |
| 106. Pension Plan Acct. TIAA-CREF | | None | N | T | | | | | |
| 107. Pension Plan Acct. TIAA-CREF | | None | P1 | T | | | | | |
| 108. 401K Plan CMC Interactive LLC | | | | | | | | | |
| 109. -First Eagle Over A Fund | C | Dividend | N | T | Sold (part) | 05/31/15 | J | | |
| 110. -Royce Total Return Fund | A | Dividend | | | Sold | 05/31/15 | M | | |
| 111. -Oakmark Equity & Income J Fund | D | Dividend | M | T | Buy (add'l) | 05/31/15 | K | | |
| 112. -Columbia Acorn Fund | | None | | | Sold | 05/31/15 | M | | |
| 113. -Pimco Total Return Fund | A | Dividend | | | Sold | 05/31/15 | K | | |
| 114. -Principal Investors High Yield II Fund | A | Dividend | | | Sold | 05/31/15 | K | | |
| 115. -Laudus Growth Investors | C | Dividend | L | T | Sold (part) | 05/31/15 | L | | |
| 116. -Janus Triton Fund | D | Dividend | M | T | Buy (add'l) | 05/31/15 | M | | |
| 117. -MFS Midcap Fund | C | Dividend | M | T | Buy (add'l) | 05/31/15 | M | | |
| 118. -Parnassus Core Equity Fund | D | Dividend | M | T | Buy | 05/31/15 | M | | |
| 119. 1/2 unit ltd. partnership int. in Falls Development Assoc., ltd real | | None | K | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/28/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. estate partnership purchased 12/30/85; total of $16,489.50 pd in | | | | | | | | | |
| 121. installments completed 2/10/90 | | | | | | | | | |
| 122. Ltd. partnership int. in Miraculous, LLC for real estate in Portland, | A | Rent | L | R | | | | | |
| 123. ME purchased 2/11/02 $50,000 | | | | | | | | | |
| 124. Trust #3 (spouse trustee) | | | | | | | | | |
| 125. -Fidelity Investments | | | | | | | | | |
| 126. -iShares Core S&P Small-Cap | A | Dividend | K | T | | | | | |
| 127. -Guggenheim S&P 500A Equal Weight | A | Dividend | K | T | | | | | |
| 128. -Fidelity SpartanA 500 Index AdvtgA | A | Dividend | K | T | | | | | |
| 129. -Cash Mgt Acct | A | Interest | J | T | | | | | |
| 130. -Fidelity Large Cap Stock Fund | A | Dividend | J | T | | | | | |
| 131. -Fidelity Ltd Term Bond Fund | A | Dividend | | | Sold | 08/07/15 | J | | |
| 132. -Thompson Bond Fund | A | Dividend | J | T | Sold (part) | 08/11/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D.Brock | 04/28/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ D.Brock Hornby**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544